IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD A. WIMBERLY,

    Plaintiff,                No. CIV S-07-2312 JAM KJM P

    vs.

ARNOLD SCHWARZENEGGER, et al.,

    Defendants.        ORDER

_____/

        Plaintiff has requested an extension of time to file an amended complaint pursuant to the court's order of May 30, 2008. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's request for an extension of time (docket no. 10) is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint.

DATED: August 7, 2008.

_____
U.S. MAGISTRATE JUDGE

/mp
wimb2312.36